**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DONALD BRITT, by and through his wife**
**and legal guardian, EVELYN BRITT,**

          **Plaintiffs,**

**-vs-**                              **Case No. 6:06-cv-599-Orl-19DAB**

**PRISON HEALTH SERVICES, INC., J.R.**
**PARKER,**

          **Defendants.**
_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT, PRISON HEALTH SERVICES, INC.'S AMENDED MOTION TO COMPEL DISCOVERY (Doc. No. 40)** |
| **FILED:** | **January 8, 2007** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiffs sued Defendants for civil right violations arising out of the medical care her husband, Donald Britt, received while an inmate at the Brevard County Detention Center in Sharpes, Florida. Defendant Prison Health Services, Inc. seeks to compel discovery concerning the allegations from Plaintiff Evelyn Britt.

Defendant's Motion to Compel seeks an order compelling Plaintiff to respond to discovery (interrogatories and requests for production) were served on her on September 14, 2006; Plaintiff's

response was due, after several extensions, on December 6, 2006. The Motion to Compel is unopposed. Despite several follow up letters from Defendant's counsel, and the filing of the instant Motion, Plaintiff's counsel has failed to respond to the discovery or the Motion.

Pursuant to Federal Rule of Civil Procedure 37(a), it is **ORDERED** that Plaintiff respond to Defendant's Interrogatories to Plaintiff and Defendant's Request to Produce (Doc. No. 40-2) **within 11 days of the date of this ORDER**. Motion costs of $250.00 to be paid forthwith are imposed, and additional sanctions will be imposed if the requested discovery is not provided as ordered.

**DONE** and **ORDERED** in Orlando, Florida on January 29, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record